HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiffs,<br>v.<br><br>LIGHTHOUSE ELECTRICAL GROUP, et al.<br><br>Defendants. | CASE NO. C12-276 RAJ<br><br>ORDER |

    This matter comes before the court on plaintiffs' motion to amend complaint. Dkt. # 15. Plaintiffs have demonstrated that leave to amend should be granted. Fed. R. Civ. P. 15(a)(2). On March 19, 2013, plaintiffs filed a joint status report indicating that an extension of the stay in this matter is not warranted. Dkt. # 17. The court agrees.

    For all the foregoing reasons, the court GRANTS plaintiffs' motion to amend the complaint. Plaintiffs shall file their amended complaint within fifteen (15) days of this order. The court also DIRECTS the Clerk to lift the stay.

ORDER- 1

1  Dated this 22nd day of March, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 2