HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUND ELECTRICAL
WORKERS HEALTH AND
WELFARE TRUST, et al.,

                 Plaintiffs,

     v.

LIGHTHOUSE ELECTRICAL
GROUP, et al.

                Defendants.

CASE NO. C12-276 RAJ

ORDER

       This matter comes before the court on plaintiffs' motion to amend complaint.  Dkt. # 15.  Plaintiffs have demonstrated that leave to amend should be granted.  Fed. R. Civ. P. 15(a)(2).  On March 19, 2013, plaintiffs filed a joint status report indicating that an extension of the stay in this matter is not warranted. Dkt. # 17.  The court agrees.

       For all the foregoing reasons, the court GRANTS plaintiffs' motion to amend the complaint.  Plaintiffs shall file their amended complaint within fifteen (15) days of this order.  The court also DIRECTS the Clerk to lift the stay.

ORDER- 1

1    Dated this 22nd day of March, 2013.

2

3                                             The Honorable Richard A. Jones
                                              United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER- 2