Honorable Richard A. Jones

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

8

9   PUGET SOUND ELECTRICAL WORKERS           Cause No. 12-cv-276 RAJ
    HEALTHCARE TRUST; PUGET SOUND
10  ELECTRICAL WORKERS PENSION TRUST;        [proposed]
    PUGET SOUND ELECTRICAL JOINT             STIPULATION AND ORDER OF
11  APPRENTICESHIP AND TRAINING TRUST;       DISMISSAL OF DEFENDANT STATE
    and NATIONAL ELECTRICAL BENEFIT          OF WASHINGTON, DEPARTMENT OF
12  FUND,                                    GENERAL ADMINISTRATION

13                  Plaintiffs,

14          v.

15  LIGHTHOUSE ELECTRICAL GROUP
    LIMITED PARTNERSHIP, a Washington
16  limited partnership; LIGHTHOUSE
    ELECTRICAL, INC., its general partner;
17  TRAVELERS CASUALTY AND SURETY
    COMPANY OF AMERICA, a Delaware
18  corporation; JODY MILLER
    CONSTRUCTION, INC., a Washington
19  corporation; and STATE OF WASHINGTON,
    DEPARTMENT OF GENERAL
20  ADMINISTRATION,

21                  Defendants.

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT          **EKMAN, BOHRER & THULIN, P.S.**
STATE OF WASHINGTON, DEPARTMENT OF GENERAL                        QUEEN ANNE SQUARE
ADMINISTRATION – 1                                        220 W MERCER STREET, SUITE 400
                                                            SEATTLE, WASHINGTON 98119
                                                                  (206) 282-8221

# I. **STIPULATION**

Plaintiffs Puget Sound Electrical Workers Healthcare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust and National Electrical Benefit Fund (the "plaintiff Trust Funds") and defendant State of Washington, Department of Enterprise Services, formerly known as the Department of General Administration ("State of Washington") stipulate to the dismissal of the State of Washington from this matter with prejudice and without any award of costs, as the parties have settled the claims between them.

Dated this 5th day of November, 2013.

Jeffrey G. Maxwell, WSBA #33503
Ekman, Bohrer & Thulin, P.S.
220 W Mercer Street, Suite 400
Seattle, Washington  98119
(206) 282-8221 (t)
(206) 285-4587 (f)
j.maxwell@ekmanbohrer.com

Attorneys for the Plaintiff Trust Funds

Dated this 4th day of November, 2013.

\s\ Linda Sullivan-Colglazier
Linda Sullivan-Colglazier, WSBA #22191
Robert W. Ferguson
Attorney General
7141 Cleanwater Drive SW
Olympia, Washington  98504-0108
(360) 586-3636 (t)
lindas1@atg.wa.gov

Attorneys for Defendant Department
Enterprise Services, State of Washington

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
STATE OF WASHINGTON, DEPARTMENT OF GENERAL
ADMINISTRATION – 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119
(206) 282-8221

1

## II. **ORDER**

2      This matter having come before the Court on the stipulation of the plaintiff Trust Funds

3 and defendant State of Washington, and the Court having considered the stipulation, as well as

4 the pleadings, files and records in this matter, hereby ORDERS:

5      1.      Defendant State of Washington is dismissed from this action with prejudice; and

6      2.      Each party is to bear its own costs.

7

8      Dated this 8th day of November, 2013.

9

10

11

12      The Honorable Richard A. Jones
        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
STATE OF WASHINGTON, DEPARTMENT OF GENERAL
ADMINISTRATION – 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119
(206) 282-8221