___FILED ___ENTERED
___LODGED ___RECEIVED

DEC 03 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

THE HONORABLE RICHARD A. JONES



12-CV-00276-INFO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE ELECTRICAL GROUP LIMITED PARTNERSHIP, a Washington limited partnership; LIGHTHOUSE ELECTRICAL, INC., its general partner; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Delaware corporation; JODY MILLER CONSTRUCTION, INC., a Washington corporation and STATE OF WASHINGTON, DEPARTMENT OF GENERAL ADMINISTRATION,<br><br>Defendants. | No. 2:12-cv-00276-RAJ<br><br>[~~PROPOSED~~]<br><br>ORDER GRANTING DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MOTION FOR LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THIS MATTER, having come before the Court on Defendant Travelers Casualty and Surety Company of America's ("Travelers") Motion for Leave for Withdrawal and Substitution of Counsel ("Motion"), and the Court having considered the records and files herein, including

ORDER GRANTING TRAVELERS' MOTION FOR LEAVE
FOR WITHDRAWAL AND SUBSTITUTION - 1
[CAUSE NO. 2:12-cv-00276-RAJ]

WATT TIEDER HOFFAR & FITZGERALD, LLP
1215 FOURTH AVENUE, SUITE 2210
SEATTLE, WA 98161
PHONE: (206) 204-5800 / FAX: (206) 204-0284

the memoranda and declarations submitted in support of and in opposition to said Motion, any reply thereto, and being fully otherwise informed, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Travelers' Motion is hereby GRANTED.

2. Travelers may file a notice of withdrawal and substitution replacing Todd Blischke of Watt Tieder Hoffar & Fitzgerald, with Sam E. Baker, Jr. and Bryan A. Kelley of Oles Morrison Rinker & Baker LLP.

DONE IN OPEN COURT this 26th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Todd W. Blischke
Todd W. Blischke, WSBA #42474
Watt Tieder Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161
Phone: (206) 204-5800
Fax: (206) 204-0284
Email: tblischk@wthf.com

ORDER GRANTING TRAVELERS' MOTION FOR LEAVE
FOR WITHDRAWAL AND SUBSTITUTION - 2
[CAUSE NO. 2:12-cv-00276-RAJ]

WATT TIEDER HOFFAR &FITZGERALD, LLP
1215 FOURTH AVENUE, SUITE 2210
SEATTLE, WA 98161
PHONE: (206) 204-5800 / FAX: (206) 204-0284