HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUND ELECTRICAL
WORKERS HEALTHCARE TRUST,
et al.,

          Plaintiffs,

   v.

LIGHTHOUSE ELECTRICAL
GROUP LIMITED PARTNERSHIP,
et al.,

          Defendants.

CASE NO. C12-276RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    On May 30, 2014, plaintiffs filed a motion for default judgment and supporting papers. Dkt. # 71. The court has received a courtesy copy, but the courtesy copy does not comply with Local Rule 10(e). Local Rules W.D. Wash. CR ("LCR") 10(e)(10). LCR 10(e) requires, among other things, that exhibits be clearly marked and separated by divider pages and that relevant portions of testimony or exhibits be clearly marked, such as by highlighting, bracketing, or underlining. LCR 10(e)(10). Plaintiffs are ORDERED

to submit a courtesy copy of their motion and supporting documents that complies with LCR 10(e) within five days of this order. Plaintiffs may pick up the noncompliant courtesy copy from Chambers.

The parties are expected to review and comply with all applicable rules, including the Local Civil Rules available at http://www.wawd.uscourts.gov/local-rules-and-orders. The court warns all parties that future violations of the Local Civil Rules may result in sanctions.

Dated this 3rd day of June, 2014.

WILLIAM M. MCCOOL  
Clerk

s/Rhonda Stiles  
Deputy Clerk

MINUTE ORDER - 2