The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH & WELFARE TRUST; PUGET SOUND ELECTRICAL WORKES PENSION TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>LIGHTHOUSE ELECTRICAL GROUP LIMITED PARTNERSHIP, a Washington limited partnership, LIGHTHOUSE ELECTRICAL, INC., its general partner,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-00276-RAJ<br><br>~~PROPOSED~~ ORDER EXTENDING LIFE OF JUDGMENT |

This matter is before the Court on the application of Plaintiffs and Judgment Creditors Puget Sound Electrical Workers Healthcare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, and National Electrical Benefit Fund, (the Trust Funds) to extend the Court's judgment August 13, 2014 judgment (Dkt. #83) for an additional ten years pursuant to RCW 6.17.020(3).

The Court has considered the motion, pleadings, files and court records in this matter and ORDERS:

1. The Plaintiff Trust Funds' application is brought within the ninety-day period specified in RCW 6.17.020(3);

2. The Plaintiff Trust Funds have provided sufficient evidence that the August 13, 2014 judgment (Dkt. #83) remains unsatisfied;

3. Plaintiff Trust Funds application is granted;

4. The Plaintiff Trust Funds are awarded an additional $600 in attorney fees; and

5. The Clerk of Court is directed to enter a new judgment, as follows:

## **UPDATED JUDGMENT SUMMARY**

1. Judgment Creditors: Puget Sound Electrical Workers Healthcare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, and National Electrical Benefit Fund

2. Judgment Debtors: Lighthouse Electrical Group Limited Partnership and Lighthouse Electrical, Inc.

3. Judgment Amount: $899,138.92
   *Consisting of the following amounts:*
   | | | |
   |---|---|---:|
   | a. | Fringe Benefit Contributions | $ 320,642.95 |
   | b. | Liquidated Damages | $ 63,276.53 |
   | c. | Pre-Judgment Interest | $ 109,721.69 |
   | d. | Audit Costs | $ 19,400.75 |
   | e. | Costs | $ 380.00 |
   | f. | Attorney Fees | $ 3,259.50 |
   | g. | Garnishment Costs | $ 0.00 |
   | h. | Payment towards Principal | $ 0.00 |
   | i. | Post-Judgment Interest (to 7/16/2024) | $ 381,857.50 |
   | j. | Additional Attorney Fees | $ 600.00 |

//
//
//

| | | | |
|---|---|---|---|
| 1 | 4. | Attorney for Judgment Creditors: | Jeffrey G. Maxwell, WSBA #33503 |
| 2 | | | Barlow Coughran Morales & Josephson, P.S.<br>1325 Fourth Avenue, Suite 910 |
| 3 | | | Seattle, WA  98101<br>(206) 224-9900 |
| 4 | 5. | Attorney for Judgment Debtors: | None |

Dated this 29th day of August, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge